TYRONE EDWARD HICKS
P.O. BOX 242
VALLEJO, CA 94590

IN PRO SE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TYRONE EDWARD HICKS,

    Plaintiff,

v.s.

CITY OF VALLEJO, et., al.,

    Defendant.

Case No.: 2:14-CV-0669 LKK DAD PS

**42 U.S.C.1983
CIVIL COMPLAINT
DEMAND FOR JURY TRIAL**

Plaintiff Tyrone Edward Hicks asserts the following:

1. Plaintiff is litigating this civil action against the City of Vallejo, Vallejo Police Officers Sean Kenney #620 and Cpl. Postolaki #559, due to a violation of the Fourth Amendment of the United States Constitution, specifically unlawful arrest, unlawful impoundment of plaintiff's vehicle and malicious prosecution.

2. Defendant Vallejo Police Officer Sean Kenney #620, is employed by the Vallejo Police Department located at 111 Amador Street, Vallejo, Ca 94590 and at all times mentioned was on duty in his individual capacity as a Vallejo Police Department Officer.

3. Defendant Vallejo Police Cpl. Postolaki #559, is employed by the Vallejo Police Department located at 111 Amador Street, Vallejo, Ca 94590 and at all times mentioned was on duty in his individual capacity as a Vallejo Police Department Officer.

### STATEMENT OF CLAIMS

On 3/30/12 at approximately 9:00 p.m., Plaintiff was driving his Chevy pickup truck to a local restaurant "Nations Hamburger" located at 2525 Sonoma Blvd. in Vallejo, Ca, to purchase prepared food items with his companion Teresa Scott. Upon pulling in to the restaurants parking lot, Plaintiff was stopped by defendant Vallejo Police Officers, Sean Kenney #620 and Ted Postolaki #559. Plaintiff pulled in the restaurant's parking lot and parked in a parking space upon observing police lights signaling him to stop. Both defendant Sean Kenney #620 and Postolaki #559 exited their police vehicle and approached the Plaintiff's Vehicle. Defendant Sean Kenney approached the passenger Teresa Scott and Defendant Postolaki approached the Plaintiff. Defendant Postolaki asked Plaintiff for license, vehicle registration and proof of insurance in which Plaintiff complied. Defendant Postolaki ordered Plaintiff to exit his vehicle, which Plaintiff complied. As Plaintiff exited his vehicle, he heard Defendant Kenney saying stop resisting and then he observed Defendant Kenney with his hands around Teresa

Scotts throat and they were struggling. Defendant Postolaki immediately pushed Plaintiff against his vehicle and placed handcuff's on him extremely tight. Defendant Sean Kenney placed Teresa Scott in handcuffs and detained her in the back of a patrol car. Plaintiff then communicated to Defendant Sean Kenney that he had no right to choke Teresa Scott. Defendant Kenney approached Plaintiff, placed his hands around Plaintiff's throat and began choking Plaintiff where Plaintiff could not breathe and Defendant Postolaki failed to attempt to intercede. The choking occurred approximately for 15-20 seconds and Plaintiff was placed in a patrol car. Plaintiff complained that the handcuffs were too tight and was causing him pain. Both Defendants Kenney and Postolaki ignored Plaintiff for over an hour. Plaintiff's vehicle was unlawfully towed, defendants seized $775 from Plaintiff's person and he was booked in the Solano County Detention Center for possession of cocaine for sale. The charges were subsequently dismissed.

Plaintiff is associated with numerous Vallejo residents who have been subjected to excessive force by Vallejo Police Officers and Plaintiff will be seeking damages for Monell Claims due to the City of Vallejo longstanding practice, policy or custom of allowing Vallejo Police Officers to use excessive force.

**RELIEF**

Plaintiff is seeking compensatory and punitive damages. He is also seeking damages for emotional distress and demands a jury trial. Therefore, Plaintiff will be requesting that the Court allow him to litigate his claims under Federal law.

Signed ____11____ day of January, 2014.

_____*Tyrone Hicks*_____
PLAINTIFF

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Date 3/11/14

_____*Tyrone Hicks*_____
DECLARANT