UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | No.  2:14-cv-0669 LKK DAD PS<br><br><br>ORDER |

Plaintiff, Tyrone Edward Hicks, is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.  The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute.  Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's March 12, 2014 application to proceed in forma pauperis (Dkt. No. 3) is granted.

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, thee USM-285 form, one

/////

1

summons form, and an endorsed copy of plaintiff's amended complaint filed April 2, 2014.[1] (Dkt. No. 3).

3. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal a properly completed USM-285 form, a properly completed summons form, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal.  Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant without prepayment of costs.

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated:  April 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\hicks0669.ifp.serve.ord.docx

---

[1] On March 12, 2014, plaintiff filed his original complaint and on April 2, 2014, plaintiff filed an amended complaint.  Plaintiff is advised that under Rule 15 of the Federal Rules of Civil Procedure, a plaintiff may amend his complaint once as a matter of course within twenty-one days after serving it or twenty-one days after service of a responsive pleading or motion pursuant to Rule 12(b).  See FED. R. CIV. P. 15.  In all other cases, a plaintiff may amend his complaint with defendant's written consent or the court's leave.  See id.