UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on June 26, 2015, for hearing of plaintiff's motion for leave to file a third amended complaint.[1] Assistant City Attorney Kelly Trujillo appeared telephonically on behalf of the defendants and plaintiff Tyrone Hicks appeared in person on his own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 22, 2015 motion for leave to file a third amended complaint (Dkt. No. 27) is granted;

2. The proposed third amended complaint filed May 22, 2015 (Dkt. No. 27) is deemed the operative complaint; and

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 25.)

1

3.  Defendants' answer filed May 6, 2015 (Dkt. No. 26) is deemed the answer to the May 22, 2015 third amended complaint.

Dated: June 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\hicks0669.oah.062615.docx

2