UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No.  2:14-cv-0669 CKD PS (TEMP)<br><br><br><br>ORDER |

This action came before the court on January 20, 2016, for hearing of plaintiff's motion to compel.[1] Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Tyrone Hicks appeared on his own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's December 28, 2015 motion to compel (Dkt. No. 39) is granted;

2. Defendants shall produce the discovery at issue within thirty days of the January 20, 2016 hearing; and

/////

/////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 25.)

1

3. Defendants' production shall be made pursuant to the court's protective order, filed separately.

Dated: January 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\hicks0669.oah.012016.docx