UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 CKD PS (TEMP) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On January 22, 2016, the court issued an order granting plaintiff's motion to compel and ordering defendants to produce responsive discovery within thirty days subject to the court's protective order issued that same day.[1] (Dtk. Nos. 44 & 45.) On February 17, 2016, defendants filed an ex parte application for an order shortening time to hear defendants' motion for modification of the January 22, 2016 order and a stay of production pending the hearing of defendants' motion. (Dkt. No. 50.)

Therein, defendants assert that in preparing their production in compliance with the January 22, 2016 order, defendants "located a possibly responsive video that depicts an officer involved shooting," however, that video depicts full frontal nudity of the non-party suspect and is subject to a protective order in a separate action. (Id. at 2.) Accordingly, defendants seek "to stay

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 25.)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 CKD PS (TEMP) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On January 22, 2016, the court issued an order granting plaintiff's motion to compel and ordering defendants to produce responsive discovery within thirty days subject to the court's protective order issued that same day.[1] (Dtk. Nos. 44 & 45.) On February 17, 2016, defendants filed an ex parte application for an order shortening time to hear defendants' motion for modification of the January 22, 2016 order and a stay of production pending the hearing of defendants' motion. (Dkt. No. 50.)

Therein, defendants assert that in preparing their production in compliance with the January 22, 2016 order, defendants "located a possibly responsive video that depicts an officer involved shooting," however, that video depicts full frontal nudity of the non-party suspect and is subject to a protective order in a separate action. (Id. at 2.) Accordingly, defendants seek "to stay

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 25.)

the production of all documents until such time as that matter may be heard." (Id. at 1.)

Rule 6(c)(1) allows a court to hear a motion on shortened time where a party has shown "good cause." Local Rule 144(e) provides that an application to shorten time shall be accompanied by an affidavit of counsel setting forth the circumstances justifying the issuance of an order shortening time. Here, defendants' counsel has submitted a declaration setting forth the circumstances justifying the issuance of an order shortening time and those circumstances demonstrate good cause for hearing defendants' motion on shortened time.

However, it is clear that the only discovery in dispute is a single video. Accordingly, there is no reason to stay the production of all responsive discovery as defendants request. Counsel's declaration asserts that the court "directed that I file a 'request to hear the motion on shortened time, as well as a request to stay production pending the resolution of the motion'" in an informal communication. (Dkt. No. 50-1 at 2.) Informal communications can result in miscommunications. Based on defendants' application, however, the court finds no reason to stay defendants' entire production.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' February 17, 2016 ex parte application for an order shortening time and staying production (Dkt. No. 50) is granted in part;

2. The hearing of defendants' motion to modify the court's January 22, 2016 order with respect to the video at issue is set for hearing before the undersigned on **March 2, 2016**, at **10:00 a.m.**, in Courtroom No. 24;

3. Defendants shall file a brief statement addressing the nature of the parties' dispute and supporting defendants' arguments on or before February 24, 2016. Plaintiff may, but is not required to, file his own separate brief statement addressing his position also on or before February 24, 2016.

4. Defendants production of the video at issue is stayed pending the resolution of defendants' motion to modify; and

/////

/////

5. Defendants shall produce all other responsive documents in compliance with the court's January 22, 2016 order as currently scheduled.

Dated:  February 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\hicks0669.exparte2.ord