UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on March 2, 2016, for hearing of defendants' motion to modify.[1] Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Tyrone Hicks appeared on his own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' February 16, 2016 motion to modify (Dkt. No. 50) is granted in part and denied in part;

2. Defendants shall produce the video at issue to plaintiff, after blurring the nude private areas of the non-party, within fourteen days; and

/////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 25.)

1

3. Plaintiff's February 18, 2016 application for an order shortening time (Dkt. No. 54) is denied.

Dated: March 3, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\hicks0669.oah.030216.docx