# FILED

MAR 16 2016

CLERK, U.S. DISTRICT COURT RECEIVED
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK                    MAR 16 2016

CITY ATTORNEY'S OFFICE
CITY OF VALLEJO

EXPRESSIVE ASSOCIATION
TYRONE EDWARD HICKS
P.O. BOX 242
VALLEJO, CA 94590
(510) 512-3938

IN PRO SE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et., al.,<br><br>Defendant | Case No. 2:14-CV-0669-CKD<br><br>**PLAINTIFF'S REPLY TO CITY DEFNEDANT'S OPPOSITION TO HIS MOTION FOR RECONSIDERATION**<br><br>Date:  March 23, 2016<br>Time:  10:00 a.m.<br>Crtrm:  24, 8th Floor |

Plaintiff Tyrone Edward Hicks, in pro se, hereby serves his reply to his motion for reconsideration.

This reply is made and based upon all papers and records on file with the Court herein, the Points and Authorities, and such oral argument, testimony and evidence as Court may require at the time this matter is considered.

///

///

-1-

## THE COURT SHOULD MODIFY ITS PROTECTIVE ORDER TO REFLECT THAT NOTICE OF THE FILING OF A CONFIDENTIAL MATERIAL MUST BE GIVEN NOT LESS THAN 14 DAYS BEFORE THE INTENDED FILING DATE

### A.

In this instant case, on January 22, 2016, the Court issued a protective order. See Crt. Doc. 45. The Court advised Plaintiff to carefully study the order and seek clarification of any issue arising therefrom. Id. pg. 4 fn. 2, lines 26-28. Plaintiff now seeks clarification and requests that Court reconsiders its January 22, 2016 protective order.

Specifically, Plaintiff asks the Court to reconsider paragraph 6 of the Court's protective order:

> **"In the event that either party wishes to file Confidential Martial with Court, as an exhibit to a pleading or otherwise, the filing party shall first seek an order to file under seal pursuant to Local Rule 141. The request to seal documents shall refer to his stipulation and protective order."**

Plaintiff respectfully argues that it would be fundamentally unfair to require him to seek an order to file under seal an exhibit that he does not believe is Confidential. At the time the Court issued it's January 22, 2016 protective order, Plaintiff's position concerning sealing confidential material was not considered because the Court issued a blanket protective which covers any and all documents City Defendant designates as Confidential.

In <u>Cathey v. City of Vallejo</u>, 01749-JAM-AC, at ECF No. 62, the Court agreed that parties should be responsible for requesting the seal of their own documents. In this instant case, the Court should adopt the same provision.

**PUBLIC INTEREST OUTWEIGHES THE PRIVACY INTEREST OF NON-PARTY POLICE**

**B.**

On June 24, 2016, Plaintiff's group member Frederick Cooley received a email from Vallejo Police Department's Professional Standard Division, Internal Affairs Unit, Craig Flater regarding Mr. Cooley's Public Records Act request, requesting the names of any and all Vallejo Police Officers who have been involved in fatal shootings and shootings occurring between January 1, 2001 through June 1, 2014. see Exhibit "A". Attached to Mr. Flater's email was a list of almost 50 officer involved shooting which include the date, day, time, location and the names of the subject officers. See Exhibit "B".

Plaintiff is presently conducting a review of records produce by City Defendants which may be responsive to his request for records involving the use of deadly force. Due to the current protective order in place ordering the redacting the names of non-party officers, Plaintiff will not be able to identify what officer did what. Moreover, City Defendant's insist on asserting their California state protected privacy interest but have failed to meet their burden of a particularized showing necessary to outweigh the

publics interest in disclosure of the names and badge numbers of non-party police officers. <u>Long Beach Police Officers Assn. v. City of Long Beach</u>, 59 Cal. 4th 49 (2014), (a particularized showing necessary to outweigh the public's interest in disclosure was not made.)

In the alternative, Plaintiff respectfully request that the Court order City Defendants to provide the names and badge numbers of non-party police officers who are listed on Mr. Cooley's public records act response which are responsive to Plaintiff's request for deadly force records.

## **CONCLUSION**

For the above-stated reasons, the Court should grant Plaintiff's motion for reconsideration.

Date 3/16/16

_____
TYRONE EDWARD HICKS

-4-

# EXHIBIT
## "A"

**Subject:** Public Records Act Response

**From:** Craige Flater (cflater@ci.vallejo.ca.us)

**To:** frederickcooley@yahoo.com;

**Date:** Tuesday, June 24, 2014 11:39 AM

Mr. Cooley:

The City of Vallejo received your Public Records Act request dated 05/04/14 on 06/04/14 requesting the following:

*"... names of any and all Vallejo Police Officers who have been involved in fatal shootings and shootings occurring between January 1, 2001 through June 1, 2014. Each disclosure should chronologically include the location, date and time of the shooting."*

You were subsequently notified by Deputy City Attorney Kelly Trujillo on 06/11/2014, that . *"..the City is reviewing its records and will respond to your request no later than June 25, 2014"*

The Vallejo Police Department has completed that review and compilation of data as you have requested and is contained in the attached pdf document.

Sincerely,

**Craige Flater**
Professional Standards Division
Internal Affairs Unit | Training Unit
Vallejo Police Department
Tel: 707.648.4695
cflater@ci.vallejo.ca.us

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original messages.

## Attachments

- Critical Incident Data PRA Summary.pdf (217.74KB)

# EXHIBIT
## "B"

## VALLEJO POLICE DEPARTMENT
## Officer Involved Shootings
## Jan 2000 - June 25, 2014

| DATE/DAY/TIME | LOCATION | SUBJECT OFFICER(S) |
|---|---|---|
| Wed, 04/12/2000, 1430 hrs | 2039 Tennessee St. | Rogers, Larry |
| Thurs, 05/31/2001, 1143 hrs | Adm Callaghan & Maher Crt. | Jah, Hasan (Buddy) |
| Mon, 09/07/2002, 1720 hrs | 1175 Adm Callaghan Lane (Home Depot) | Acfalle, Dan |
| Tues, 12/17/2002, 2200 hrs | Redwood & Tuolumne (Flemingtowne Center parking lot) | Lucero, Gil |
| Sat, 08/02/2003, 0400 hrs | 400 Amador (Children's Wonderland Park) | Jensen, Eric / Gordon, Steve / Tribble, Kent |
| Fri, 10/18/2003, 0650 hrs | 601 Sacramento St. 10th Floor hallway | Melville, Jim |
| Sat, 11/08/2003, 2245 hrs | E/B Central Ave from Beach St. | Clark, Brett |
| Sun, 06/20/2004, 2045 hrs | 458 Fairgrounds Dr. (Motel 6 parking lot) | Ramrakha, Sanjay |
| Fri, 06/25/2004, 2345 hrs | I-80 & I-780 | Lee, Tom / Cosgrove, Kevin |
| Sat, 09/11/2004, 0148 hrs | 900 Lincoln Rd E (Teeter's Bar) | Crutcher, Bryan / Melville, Jim |
| Thurs, 09/16/2004, 0057 hrs | 850 Rosewood Drive | Patzer, Jeremy |
| Sun, 10/17/2004, 0823 hrs | 137 Larissa Lane | Cosgrove, Kevin |
| Sun, 01/09/2005, 0159 hrs | Georgia & Sonoma | Patzer, Jeremy |
| Mon, 03/14/2005, 0201 hrs | 261 Cadloni Lane, Apr #H | Coelho, Kevin / McCrea, Matt |
| Tues, 05/17/2005, 2119 hrs | 1182 Admiral Callaghan (Toys R Us) & Turner Parkway | Bull, Gerald / Crutcher, Bryan |
| Mon, 08/08/2005, 1002 hrs | 400 blk Fairgrounds Drive | Horton, Lee / Darden, Steve |
| Sat, 12/10/2005, 0805 hrs | 732 Tuolumne St.(IFO Village Cocktail Lounge) | Patzer, Jeremy / Pucci, Brent |
| Fri, 11/11/2005, 1116 hrs | Sereno & Tuolumne | Capoot, Jim |
| Tues, 12/12/2006, 0112 hrs | Sacramento & Ohio | Thompson, Mark / Braxton, Ron |
| Sat, 01/20/2007, 1551 hrs | 2817 Redwood Parkway (Bonfare Market) | Purnell, Rob |
| Thurs, 10/23/2008, 2044 hrs | W/B Curtola from Marin St. | Bower, Shane / Ramrakha, Sanjay / Badour, Bill |
| Sat, 12/27/2008, 1630 hrs | Area of I-80 at Crockett exit, Crockett | Barrientos, Ed |
| Sun, 02/08/2009, 1803 hrs | 141 Dawson Place | Jensen, Eric / Greenberg, Robert / Poyser, Terry / Scott, Jason |
| Sun, 06/14/2009, 0040 hrs | 270 Scenic Drive | Bassett, Jeff / Wylie, Kyle / Greenberg, Robert |
| Tues, 09/15/2009, 0035 hrs | 438 Grennan St | Tolentino Ritzie |
| Wed, 12/30/2009, 1502 hrs | Lemon & Sheridan | Melville, Jim |
| Mon, 01/04/2010, 2004 hrs | Roleen Dr & Roleen Crt | Ramsay, Drew |
| Sat, 07/03/2010, 2106 hrs | N. Vallejo Community Park - then DePaul Drive from Whitney Ave | Rodriguez, Fabio / Badour, Bill |
| Sat, 12/11/2010, 1458 hrs | area IFO 2118 Sonoma Blvd., then into Maxwell Alley | Tribble, Kent |
| Thur, 02/11/2011, 1436 hrs | 1300 blk Corcoran @ Cobb St | Darden, Steve / Park, Kenny / Scott, Jason / Boyce, Waylon / Kerr, Robert / Hernandez, Felipe / Estudillo, Brian / Tribble, Todd |
| Wed, 08/10/2011, 2252 hrs | 3447 Edgewater Place | Fowler, Steve |
| Sun, 12/16/2011, 2308 hrs | 555 Santa Clara St & 135 Carolina | Kenney, Sean |
| Fri, 04/13/2012 / 1725 hrs | 2400 blk Tuolumne St. | Coelho, Kevin / Tribble, Kent |
| Fri, 05/25/2012, 0052 hrs | 2000 blk Sonoma Blvd. & Carolina St. | McCarthy, Joe / Bauer, Jason |
| Mon, 05/28/2012, 0030 hrs | 226 Wilson Ave. | Kenney, Sean |
| Thurs, 06/14/2012, 1150 hrs | E/B I-80 Fwy on-ramp from W/B I-780 Fwy | Coburn, Jeff |
| Sat, 06/30/2012, 0914 hrs | 609 Sheridan | Barlett, Kevin / Huff, Jeremy |
| Wed, 07/04/2012, 0315 hrs | Safeway Parking Lot - Lincoln Rd. W | McCarthy, Joe / Kerr, Robert |
| Sun, 09/02/2012, 0430 hrs | Lofas & Pepper Sts. | Kenney, Sean / Joseph, Dustin |
| Fri, 09/14/2012, 1941 hrs | 2400 Lisa Lane, Pleasant Hill | Melville, Jim |
| Sun, 10/21/2012, 0128 hrs | 2504 Alameda St. | Kenney, Sean |
| Wed, 03/20/2013, 1135 hrs | 1830 Sutter St. | Tolentino, Ritzie / Joseph, Dustin / Coleman, Josh |
| Tues, 06/04/2013, 1907 hrs | 42 Harbor Way (Vallejo Marina docks) | Coburn, Jeff |
| Sat, 06/08/2013, 1332 hrs | 11 Tennessee St. (South Alley) | Darden, Steve |
| Sat, 08/24/2013, 0135 hrs | 2015 Springs Rd (Blue Rock Bar) | Coleman, Josh |
| Sat, 10/12/2013, 0133 hrs | 211 Lincoln Rd. W. (Motel 7) | Schillinger, Terry |
| Thurs, 04/10/2014, 1500 hrs | 2000 blk Solano Ave. (Solano Shopping Center) | McCarthy, Joe / Derden, Steve |

COOLEY Public Records Act Response