UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 CKD PS (TEMP) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On March 22, 2016, the court issued a minute order noting that the parties had informally contacted the court regarding a discovery dispute concerning the accuracy of a video produced by defendants. Accordingly, the court ordered defendants to submit to the court a copy of the edited video produced to plaintiff and a copy of the unedited original video. (Dkt. No. 71.)

Having reviewed the edited video produced to plaintiff and the unedited original video, the court finds that, aside from minimal blurring of a nude image, the edited video is a complete and accurate copy of the original video.

IT IS SO ORDERED.

Dated: March 25, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\hicks0669.disc.dis.

1