UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | No.  2:14-cv-0669 CKD PS (TEMP)<br><br><br><br>ORDER |

This action came before the court on May 4, 2016, for hearing of plaintiff's motion to modify the scheduling order and for terminating sanctions.[1] Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Tyrone Hicks appeared on his own behalf.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's March 24, 2016 motion to modify the scheduling order (Dkt. No. 73) is granted;

2. Plaintiff's March 29, 2016 motion for terminating sanctions (Dkt. No. 76) is denied;

3. Within fourteen days of the May 4, 2016 hearing defendants shall produce to plaintiff items J, L, M, X and Y, as well as any recorded interviews of any City of Vallejo police officers,

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 25.)

1

identified in the Moore v. City of Vallejo stipulated protective order;

    4. Within fourteen days of the May 4, 2016 hearing defendants shall submit to the court for in camera review a copy of item V as identified in the Moore v. City of Vallejo stipulated protective order;

    5. Defendants' production is subject to the protective order filed on January 22, 2016 (ECF No. 45);

    6. All pretrial motions, except motions to compel discovery, shall be completed by **July 13, 2016**.

    7. A final pretrial conference is set for **September 21, 2016 at 11:00 a.m.** in courtroom no. 24 before the undersigned.

    8. This matter is set for a jury trial not to exceed five court days on **November 28, 2016 at 9:00 a.m.** in courtroom no. 24 before the undersigned.

Dated: May 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

BVD\hicks0669.oah.050416.docx