UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This action came before the court on June 29, 2016, for hearing of plaintiff's motion to compel compliance.[1] Attorney Kelly Trujillo appeared on behalf of the defendants and plaintiff Tyrone Hicks appeared on his own behalf.

Plaintiff's May 24, 2016 motion to compel seeks an order requiring defendants to fully comply with the court's January 22, 2016 order granting plaintiff's motion to compel the production of documents. (Dkt. No. 44.) In this regard, plaintiff seeks additional discovery which plaintiff contends defendants should have produced in response to the court's January 22, 2016 order.

Although it is arguable that the defendants should have produced the information at issue in complying with the court's January 22, 2016 order, at the June 29, 2016 hearing, plaintiff was

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 25.)

1

1  unable to explain why plaintiff failed to bring this motion sooner or how this evidence would aid
2  plaintiff's prosecution of this action.  Moreover, ordering defendants to produce the discovery at
3  issue would require a considerable delay in this action and this matter has already been delayed
4  on several prior occasions.

5        Accordingly, upon consideration of the arguments on file and those made at the hearing,
6  and for the reasons set forth on the record at that hearing and stated above, IT IS HEREBY
7  ORDERED that plaintiff's May 24, 2016 motion to compel (Dkt. No. 94) is denied.

8  Dated:  June 30, 2016

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

28  BVD\hicks0669.oah.062916.docx