UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE EDWARD HICKS, | No. 2:14-cv-0669 DB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter is set for a Final Pretrial Conference before the undersigned on March 31, 2017. (ECF No. 109.) However, on February 17, 2017, service of a court order on plaintiff was returned as undeliverable. And on March 17, 2017, defense counsel filed a declaration stating that she has been unable to communicate with plaintiff despite her best efforts. (ECF No. 110.)

This matter cannot proceed to trial in plaintiff's absence. Nor is the court ready to dismiss this action for lack of prosecution.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending in this action are vacated;

2. The Clerk of the Court shall administratively stay this action;

3. Within thirty days of the date of this order, plaintiff shall provide a current address and file a statement indicating whether he wishes to continue prosecuting this action[1]; and

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules

1

4. If plaintiff does not respond to this order within thirty days, this action will be dismissed for lack of prosecution.

Dated: March 21, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\hicks0669.stay.ord

of Civil Procedure.

2